THE PEOPLE OF THE STATE OF ILLINOIS, Respondent-Appellee, *v.* ANGEL R. HERNANDEZ, Petitioner-Appellant.

(No. 60510; )

First District (2nd Division)—April 29, 1975.

PER CURIAM.

Paul Bradley, of State Appellate Defender's Office, of Chicago (Victoria J. Meyers, of Loyola University School of Law, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Laurence J. Bolon and Donald M. Devlin, Assistant State's Attorneys, of counsel), for the People.